JAMES A. McELROY, RESPONDENT, v. NATIONAL REALTY AND INVESTMENT COMPANY, APPELLANT.

Argued May 19, 1937—Decided September 22, 1937.

For the respondent, *Bassin & Bassin.*

For the appellant, *Schneider & Schneider (Jacob Schneider,* of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, DONGES, HEHER, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 11.

*For reversal*—None.